IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO. 5:12CV55-RLV

| | |
|---|---|
| GREENTREE SERVICING, LLC f/k/a CONSECO FINANCE SERVICING CORPORATION<br>    Plaintiff,<br><br>vs.<br><br>LARRY DEAN GENTRY a/k/a LARRY D. GENTRY, MARTHA JOHNSON GENTRY a/k/a MARTHA J. GENTRY and FEDERAL FINANCIAL SERVICES, INC. | **O R D E R** <u>TRANSFERING TO UNITED STATES BANKRUPTCY COURT</u> |

THIS MATTER coming on to be heard, and being heard by the undersigned Judge of the United States District Court for the Western District of North Carolina, upon Plaintiff's motion seeking to transfer the above-captioned matter to the United States Bankruptcy Court for the Western District of North Carolina, Wilkesboro Division;

AND IT APPEARING that good cause exists to transfer this case to the United States Bankruptcy Court for the Western District of North Carolina, Wilkesboro Division;

IT IS THEREFORE ORDERED that this proceeding should be, and it hereby is, transferred to the United States Bankruptcy Court for the Western District of North Carolina, Wilkesboro Division for all further proceedings.

Signed: July 3, 2012

Richard L. Voorhees
United States District Judge